# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JORGE A. TORRES,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:14-0349** |
| **v.** | : | **(MANNION, D.J.)** |
| | | **(SCHWAB, M.J.)** |
| **DAVID A.M. ASCENCIO,** *et al.*, | : | |
| **Defendants** | : | |

## O R D E R

In light of the memorandum issued in the above-captioned matter, **IT IS HEREBY ORDERED THAT:**

**(1)** The report and recommendation of Judge Schwab, **(Doc. 9)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** The case is **DISMISSED WITHOUT PREJUDICE** on the basis of Plaintiff's failure to comply with the Court's Order and failure to prosecute his action; and

**(3)** The Clerk of Court is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: February 6, 2015
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0349-01-ORDER.wpd